UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SERGIO DAVID COCHA-JAMI,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:26-CV-1308-CCB-SJF |

ORDER

Upon review, Attorney Stephen A. Pegnam was granted leave to represent petitioner Sergio David Cocha-Jami *pro hac vice* in this case. (ECF 3.) However, it was a different attorney, Stephen A. Lagana, who signed the petition. (ECF 1 at 9.) According to court records, Mr. Lagana is not admitted to the bar of this court, nor has he been granted leave to represent the petitioner *pro hac vice* in this case.

Therefore, the petition must be promptly signed by the attorney of record, Stephen A. Pegnam, in accordance with Federal Rule of Civil Procedure 11. Failure to correct this deficiency may result in the petition being stricken. *See* Fed. R. Civ. P. 11(a).

For these reasons, the court GRANTS Attorney Stephen A. Pegnam to and including **September 18, 2026**, to sign the petition on behalf of the petitioner, and CAUTIONS him that failure to do so may result in this filing being stricken.

SO ORDERED on September 14, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge