UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SERGIO DAVID COCHA-JAMI,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:26-CV-1308-CCB-SJF |

**ORDER**

Immigration detainee Sergio David Cocha-Jami, by counsel, filed a notice indicating that he wishes to voluntarily dismiss his habeas corpus petition without prejudice. (ECF 10.) He states that he is pursuing a request for voluntary departure in his immigration proceedings and does not wish to seek habeas relief at this time.

For these reasons, this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). The clerk is **DIRECTED** to close the case.

SO ORDERED on September 21, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT